### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER GALO-HERNANDEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-5592** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 10th day of August 2026, upon considering the respondents'

certification of compliance (DI 6) of our August 7, 2026 order (DI 5), it is **ORDERED** the Clerk

of Court shall **close** this case.

_____
**MURPHY, J.**